IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRYAN BALDWIN                                                                                           PLAINTIFF
ADC #115013

v.                                           2:18CV00072-JM-JJV

J. R. SMITH, Sheriff,
Cross County; *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed on his excessive force claim against Defendant Luke Cantrell.

2. Defendants J.R. Smith, Mike Bachand, and Morgan Marquis are DISMISSED from this action without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 5th day of July, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE